**Order entered August 8, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00710-CV**
**No. 05-22-00711-CV**

**IN RE ALEJANDRINA LOPEZ, Relator**

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-21-11690 and DF-22-04960**

**ORDER**

Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of this date, we **STRIKE** relator's Amended

Petition for Writ of Mandamus and Brief in Support Thereof, including the

Appendix thereto, and **DISMISS** these proceedings.

/s/ CRAIG SMITH
  JUSTICE